UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, Individually, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:12-cv-00191 |
| ) | |
| CITY OF SALEM, A Municipality and ) | |
| Political Subdivision of the State of ) | |
| Missouri, ) | |
|     Defendant. ) | |

## **MOTION TO WITHDRAW**

COMES NOW, David A. Weidner, and respectfully requests this Court enter an Order allowing him to Withdraw as Counsel for Plaintiff in the above captioned matter, and in support thereof states that Plaintiff has terminated the attorney-client relationship.

Respectfully Submitted,

/s/ David A. Weidner
The Weidner Law Firm, LLC
PO Box 280168
Kansas City, Missouri 64128
P: 816-719-0816
F: 816-817-0906
davidweidnerlaw@gmail.com
Of Counsel to Thomas B. Bacon, P.C.
Attorneys for Plaintiff

Certificate of Service
The undersigned hereby certifies that a copy of the foregoing was delivered to all parties of record by filing same on the Court's CM/ECF system this 2nd day of April 2012 and was sent to Plaintiff, Connie Steelman, by e-mailing same to conniesteel007@yahoo.com.

/s/ David A. Weidner