**RECEIVED** UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SEP 1 8 2012      EASTERN DIVISION
**BY MAIL**

CONNIE STEELMAN,
    Plaintiff,

V                                              Case No: 4:12-CV-00191 JCH

CITY OF SALEM, A Municipality and
Political Subdivision of the State of
Missouri,
    Defendant,
_____/

## RESONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION

Plaintiff, CONNIE STEELMAN, by and through undersigned counsel, files her **response to such, Motion to STRIKE**. To be quite frank, I see a lot of wasted time, hum-hawing and pussy footing around, when the facts are very obvious. I say cut all of the BS, and get these places of business, paying the penalties for the violations, get there places of business in compliance, or lock the doors. These places of business should have been in compliance with such, 16 plus years ago. So despite their willingness to comply, they are definitely violators of the Federal Law. That is violators of the Federal Law for 16 plus, continuing to **DISCRIMINATE** against such ones, like myself.

**We all NO what DISCRIMINATION IS**, something **the courts and the government has allowed for 16 plus years**, even after the FACT of implementing such in the early 90's. In that regard Plaintiff, Connie Steelman, request that the court:

1.      Have an ADA Consultant to **examine the properties**, for what **has or has NOT** been made in compliance, according to ADAAG.

2. For **FULL compensation** of ADA Consultant Fees, Previous Council Fees, any and all cost associated with such.

3. As well as what the Federal Court deems just and proper for such **discrimination act, on the basis of intentionally violating the Federal Law of ADA compliance some 16 plus years ago.**

Therefore Plaintiff, Connie Steelman request of the court to **acknowledge of such DISCRIMINATION, by denying the Defendant motion to strike, Plaintiff's previous motion**, which brought forth this lawsuit, along with the full compensation of the above 1, 2 and 3, which is associated with this lawsuit, and the **Defendant deliberately, disregarding the Federal Laws of operation of business, without discrimination.**

**IN WITNESS WHEREOF,** the parties have hereunto signed their names on the day and year written below.

On Behalf of Plaintiff:

CONNIE STEELMAN

By: _Connie Steelman_ Date: September 6, 2012



WEST PALM BCH FL 334
15 SEP 2012 PM 3 L

RECEIVED
SEP 18 2012
BY MAIL

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

OFFICIAL BUSINESS

63102112599

**Connie Steelman**
PO Box 947
Jensen Beach, FL 34958