IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **CONNIE STEELMAN, Individually,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 4:12-CV-00191 |
| | ) | |
| **CITY OF SALEM,** | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION FOR CONTINUANCE OF TRIAL SETTING AND ACCOMPANYING PRETRIAL DEADLINES

COMES NOW Plaintiff Connie Steelman ("Plaintiff") and Defendant City of Salem ("Defendant") and jointly request this Court continue the May 2013 trial setting and accompanying pretrial deadlines.  In support of their Motion, the parties state as follows:

1. Following the Court's ruling on Defendant's Motion for Summary Judgment, the parties have begun discussions regarding the possible resolution of this matter absent a trial.

2. Plaintiff has requested the opportunity to view improvements made by Defendant prior to possible settlement/other resolution of this matter.  Plaintiff cannot travel to Missouri until late May/early June 2013.

3. The parties request continuance of the trial setting and accompanying pretrial deadlines for the following reasons:  (1) Plaintiff is unable to travel to Missouri until late May/early June for reasons related to her disability; and (2) this matter may be resolved without the necessity for trial if the parties are given additional time to allow Plaintiff to personally view the improvements made by Defendant.

1

4.	This is a joint motion for extension and is the first request by the parties for an extension of these deadlines.

5.	This motion is not made to unnecessarily delay these proceedings.  Instead, this motion is made to facilitate possible resolution of this matter without the need for a trial.

6.	The parties respectfully request that this matter be placed on another trial docket on or after August 5, 2013.  Plaintiff specifically requests that this matter be set on or after August 5, 2013, due to other matters pending that same month.  Defendant's counsel has no objection to Plaintiff's request, but requests that the matter not be set in June 2013 because counsel will be out of the country during a portion of June (should the Court not approve the request for the August date).  Defendant's counsel also specifically requests that this matter not be set for trial on August 15, 2013, due to an unavoidable conflict.

WHEREFORE, Plaintiff and Defendant requests a continuance of the May 2013 trial setting and accompanying pretrial deadlines and for any other relief deemed just and proper under the circumstances.

PRO-SE PLAINTIFF

By ____/s/ Connie Steelman_____ _____
CONNIE STEELMAN
P.O. Box 917
Jensen Beach, FL 34958

2

        BAIRD, LIGHTNER, MILLSAP & HARPOOL, P.C.

        By    /s/ Jennifer A. Mueller___ _____
          M. DOUGLAS HARPOOL, E.D. Bar #28702MO
          JENNIFER A. MUELLER, E.D. Bar #50142MO
          1901-C South Ventura Avenue
          Springfield, MO 65804-2700
          Telephone (417) 887-0133
          Facsimile (417) 887-8740
          dharpool@blmhpc.com
          jmueller@blmhpc.com

        Attorneys for Defendant City of Salem, Missouri


## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

David A. Weidner (Terminated)   davidweidnerlaw@gmail.com, dawqk3@gmail.com

John F. Ward (Terminated)   johnfward@comcast.net, johnfward@gmail.com

Mark Douglas Harpool   dharpool@blmhpc.com, pview@blmhpc.com

  And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Connie Steelman
P.O. Box 917
Jensen Beach, FL 34958

            /s/ Jennifer A. Mueller
          Jennifer A. Mueller