UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:12CV191 JCH |
| ) | |
| CITY OF SALEM, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Defendant's Motion for Sanctions, filed on June 6, 2013. (ECF No. 53). By way of background, the Court previously set this matter for trial on Monday, June 24, 2013. (ECF No. 46). The parties had been ordered to file the following by June 4, 2013[1]: 1) a Joint Stipulation of uncontested facts, 2) lists of proposed witnesses, 3) lists of all exhibits to be offered into evidence at trial, 4) lists of interrogatory answers, parts of depositions, and requests for admissions proposed to be offered into evidence at trial, 5) proposed findings of fact and conclusions of law, and 6) trial briefs. (ECF Nos. 20, 46). The Court warned that failure to file these documents might result in the imposition of sanctions. (ECF No. 20).

As noted in Defendant's Motion for Sanctions, Plaintiff has failed to file any of these documents. Plaintiff has also failed to respond to Defendant's Motion for Sanctions, and the time for filing a response has now passed. See Local Rule 7-4.01(B). In light of the foregoing, the Court will grant Defendant's Motion for Sanctions in part and will order the dismissal of Plaintiff's Complaint.

---

[1] More specifically, the parties were ordered to file their pretrial documents no less than twenty (20) days prior to the trial date. See ECF No. 20, p. 2.

- 2 -

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Sanctions (ECF No. 53) is **GRANTED** in part, and Plaintiff's Complaint is **DISMISSED** without prejudice. An appropriate Order of Dismissal will accompany this Order.

**IT IS FURTHER ORDERED** that Defendant's Motion for Sanctions (ECF No. 53) is **DENIED** in all other respects.

Dated this 14th day of June, 2013.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE